U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Keith Boney, by and through his parent / guardian, Wendy Boney, individually and on behalf of a class, Plaintiffs, vs. Barry S. Maram, et. al., Defendants. | FILED STAMP: JULY 16, 2008 08CV4026 JUDGE NORGLE MAG. JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: J. N.

Keith Boney, by and through his parent / guardian, Wendy Boney, individually and on behalf of a class.

| NAME (Type or print) |
|---|
| Robert H. Farley, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Robert H. Farley, Jr. |
| FIRM |
| Robert H. Farley, Jr., Ltd. |
| STREET ADDRESS |
| 1155 S. Washington Street, Suite 201 |
| CITY/STATE/ZIP |
| Naperville, IL 60540 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3124298 | 630-369-0103 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐