## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4026                    Assigned/Issued By: j. n.

Judge Name: norgle                       Designated Magistrate Judge: valdez

### FEE INFORMATION

Amount Due:   [✓] $350.00      [ ] $39.00      [ ] $5.00
              [ ] IFP          [ ] No Fee      [ ] Other _____
              [ ] $455.00

Number of Service Copies _____     Date: _____
*(For use by Fiscal Department Only)*

Amount Paid: 350                        Receipt #: 2937497

Date Payment Rec'd: 7-16-08             Fiscal Clerk: j. n.

### ISSUANCES

[✓] Summons                             [ ] Alias Summons
[ ] Third Party Summons                 [ ] Lis Pendens
[ ] Non Wage Garnishment Summons        [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons  _____
[ ] Citation to Discover Assets         *(Victim, Against and $ Amount)*
[ ] Writ _____                     [ ] Other _____
        *(Type of Writ)*                    _____
                                            *(Type of issuance)*

3 Original and 0 copies on 7-16-08 as to all defendants
                        *(Date)*